

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00194-CV

IN RE JOHN EVAN JOHNSON          RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed for want of jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and MCCOY, J.

DELIVERED:  May 25, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).